■ The People of the State of New York, Respondent, v Rashsean Jackson, Appellant. [27 NYS3d 857]—

Judgment, Supreme Court, New York County (James Burke, J., at diversion hearing; Melissa C. Jackson, J., at plea and sentencing), rendered April 21, 2014, convicting defendant of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony drug offender, to a term of 4½ years, unanimously affirmed.

Defendant made a valid waiver of the right to appeal that forecloses review of his judicial diversion and excessive sentence claims (see People v Lopez, 6 NY3d 248, 255-256 [2006]; People v Jenkins, 138 AD3d 102 [1st Dept 2016]). The court elicited defendant's appeal waiver separately from its discussion of the trial rights that defendant automatically forfeited upon a guilty plea, and defendant also signed a written waiver, which he acknowledged on the record that he understood and had discussed with counsel. The written waiver cured any ambiguity in the court's colloquy with defendant (see People v Sanders, 25 NY3d 337, 340-342 [2015]; People v Ramos, 7 NY3d 737 [2006]; People v Lopez, 6 NY3d 248, 256-257 [2006]). Concur—Sweeny, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ.